UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EDDIE TORRES,                                                     :
:
                                    Plaintiff,                    :
:                    21-CV-1278 (JMF)
           -v-                                                    :
:                         ORDER
COMMISSIONER OF SOCIAL SECURITY,                                  :
:
                                    Defendant.                    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated February 16, 2021, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 7. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. Defendant entered an appearance on May 6, 2021. *See* ECF No. 11. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **May 28, 2021**.

      SO ORDERED.

Dated: May 21, 2021
       New York, New York
                                                JESSE M. FURMAN
                                           United States District Judge